JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENA SCHAR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BMW OF NORTH AMERICA, INC.,<br>a Corporation; DOES 1 through 50,<br>inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01196-JAK (GJSx)<br><br>**JUDGMENT** |

　　　Based on a review of Defendant BMW of North America, LLC's Rule 68 Offer of Judgment (the "Offer of Judgment" (Dkt. 19)), judgment is entered as follows:

　　　1. Judgment is entered in favor of Plaintiff Irena Schar ("Plaintiff") and against Defendant BMW of North America, LLC ("BMW NA").

　　　2. BMW NA will pay Plaintiff the sum of fifteen thousand dollars ($15,000), which includes Plaintiff's costs, expenses, and attorney's fees.

　　　3. Plaintiff will file a Request for Dismissal of the entire action, with prejudice, within five business days after receiving all payments from BMW NA due Plaintiff and Plaintiff's counsel and those payments

clearing the normal banking cycle.

4. The Court will retain jurisdiction to enforce this Judgment under Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

Dated: September 18, 2020

John A. Kronstadt
United States District Judge