UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENA SCHAR, an individual;<br><br>　　　　PLAINTIFF,<br>　vs.<br><br>BMW NORTH AMERICA, INC., a Corporation; and DOES 1-50, inclusive,<br><br>　　　　DEFENDANTS. | Case No.: 2:20-cv-01196-JAK-GJS<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PER F.R.C.P. 41(a)(1)(ii) (DKT. 26)** |

　　　　Based on a review of the parties' Stipulation for Dismissal with Prejudice Per F..R.C.P. 41(a)(1)(ii) (the "Stipulation" (Dkt. 26)), there is good cause for the requested relief. Therefore, the relief requested in the Stipulation is **GRANTED**, and the claims and causes of action asserted herein by Plaintiff Irena Schar against Defendant BMW North America, LLC are in all respects dismissed with prejudice to the refiling of the same, with court costs to be paid by the party incurring same.

　　　　**IT IS SO ORDERED.**

DATED: October 26, 2020　　　　　_____
　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　United States District Judge